FILED
May 27, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## Certificate of Conference

[sample; required in civil cases only]

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other partiesCwhich are listed belowCabout the merits of this motion with the following results: *Connie Heyer* > *Attorneys* *Sharon Leonard* 7 *WBSS*
*Emily Newell* > *David Richard* 7

[name of party=s attorney or name of pro se party]

- ☑ opposes motion
- G does not oppose motion
- G agrees with motion
- G would not say whether motion is opposed
- G did not return my message regarding the motion

[repeat for each party]

*Mary E. Allen (Appellant)*
[Signature of certifying attorney or pro se party]

*5/26/2015*
[Date]

**NOTE:** Pursuant to Texas Code of Judicial Conduct Canon 3(B)(8), do not confer with the trial judge regarding the motion in an original proceeding in which the trial judge is the respondent.

RECEIVED
MAY 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Court of Appeals
Third District of Texas

## Certificate of Conference

I Mary E. Allen am in Writing and Phone Call and also Faxing these documents that I have Filed With the _Third Court of Appeals_ Motion for ~~Extended~~ Restraining order as stated on letter.

Do you the attorneys and WBSS other Parties Names oppose or does not oppose motion?

Mary E. Allen
5/26/2015
1:35 pm

No. [03-14-00670-CV]

| | | |
|---|---|---|
| [MARY E. ALLEN.], | § | IN the third District |
| APPellant | § | |
| V. | § | Court oF APPeaLs |
| Wells Branch Self Storage], | § | |
| APPellee | § | Austin, texas |

## APPellant Motion Extended Temporary Restraining order

To the Honorable Third Court oF APPeaLs Supreme Judge/es, I Mary E. Allen (APPellant) I am Filing This motion For Extend/Extended Temporary Restrainig order against Wells Branch Self Storage due To The Fact the Previous restraining order against (W.BSS) (APPellee) may have expired ordering them not To Aunction or sale, nor destroy or Take any oF my Possession which is still in my storage Unit, until this Case is settled, Fully settled. My storage Contain important Documents and Legal documents and Every bit oF my Personal and ConFidential belongings and documents and house hold which Wells Branch Self Storage can take and use For Capital gain, Fraudulent purpose, Identity theFt, that Can damage me For The rest oF my LiFe. I Pray that this motion be granted, so that I Can get back From Wells Branch Self Storag all oF my Possession and Belonging and that nothing be aunction nor

I own, I have nothing Else but what I'm my storage Unit at Wells Branch Self Storage.

Respect Fully Submitted,
By: Mary E. Allen
General Delivery 823 Congress
STE.150 Austin, Texas 78701